EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Joannie Plaza Martínez | 2019 TSPR 161<br><br>203 DPR ____ |

Número del Caso:  TS-10,370


Fecha:  4 de septiembre de 2019


Abogada de la parte peticionaria:

    Lcda. Daisy Calcaño López
    Cuerpo de Procuradores del
    Colegio de Abogados y Abogadas
    de Puerto Rico


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Joannie Plaza Martínez                    TS-10,370

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de septiembre de 2019.

Examinada la *Urgentísima moción en solicitud de reinstalación y sometiendo certificación de cumplimiento* y *la Urgentísima moción reiterando la solicitud de reinstalación*, presentadas por la Sra. Joannie Plaza Martínez, se autoriza su reinstalación al ejercicio de la abogacía.

Se le advierte a la Lcda. Joannie Plaza Martínez que en lo sucesivo deberá dar fiel cumplimiento a los deberes impuestos por el Código de Ética Profesional, 4 LPRA Ap. IX, y atender diligentemente los señalamientos y requisitos del Programa de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina